USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BAO DUONG, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>- against -<br>GAUZY LTD. et al,<br>Defendants. | **25 Civ. 10179(VM)**<br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the August 14, 2026, letter informing the Court that the parties have completed the pre-motion letter exchange regarding Defendant's anticipated motion to dismiss and have failed to resolve the issue without resorting to motion practice. (See Dkt. No. 66.)

The Court directs the parties to submit a proposed briefing schedule within two (2) weeks of the date of this Order.

**SO ORDERED.**

Dated: 17 August 2026
New York, New York

Victor Marrero
U.S.D.J.